(112 So. 188)
**Joe JOHNSON v. C. A. INMAN. (8 Div. 928.)**

Supreme Court of Alabama. April 7, 1927.

Certiorari to Court of Appeals.

Isbell & Scruggs, of Guntersville, for petitioner.

Street, Bradford & Street, of Guntersville, opposed.

GARDNER, J. Petition of C. A. Inman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Johnson v. Inman, 112 So. 187.

Writ denied.

ANDERSON, C. J., and SAYRE and BOULDIN, JJ., concur.